# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**NATHAN JAMES MOSS**  **PETITIONER**
*Reg #29380-031*

v.   CASE NO. 2:22-CV-00206-BSM

**JOHN P. YATES, Warden,**
**FCI Forrest City-Medium**   **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 13] is adopted, and Nathan Moss's habeas petition [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED this 16th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE